**Order filed August 28, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00754-CV
_____

**CRIMSON EXPLORATION, INC., SUCCESSOR IN INTEREST OF GULFWEST ENERGY, INC., Appellant**

**V.**

**SUMMIT INVESTMENT GROUP, INC., Appellee**

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2008-43391**

---

## ORDER

Crimson Exploration, Inc. filed a notice of appeal on August 30, 2011, from the trial court's judgment signed July 7, 2011. Appellant's brief was due **July 30, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits its brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or **before September 27, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM